UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARJORIE E. KINGSBERY * | |
|    (Plaintiff) * | CIVIL ACTION NO. 20-3192 F (5) |
| * | |
| VERSUS * | |
| * | |
| DAVID R. PADDISON, INDIVIDUALLY * | |
| * | |
| AND * | |
| * | |
| DAVID PADDISON, * | |
| ATTORNEY-AT-LAW, LLC * | |
|    (Defendants) * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SUMMARY JUDGMENT**

    NOW INTO COURT, through undersigned counsel, come defendants, David R. Paddison, Individually ("Paddison"), and David Paddison, Attorney-At-Law, L.L.C. (the "Law Firm"), pursuant to F.R.C.P. 56, and move this Court for summary judgment in their favor, dismissing the claims of plaintiff, Marjorie E. Kingsbery ("Kingsbery"), upon showing that there are no issues of material fact genuinely in dispute and that they are entitled to judgment as a matter of law, all for the reasons stated in the Memorandum in Support of this Motion, together with the following supporting exhibits thereto: (1) the Sworn Declaration of David R. Paddison, attached to the Memorandum in Support of this Motion as Exhibit A thereto, together with exhibits thereto, including Defendants' First Set of Requests for Admission to Plaintiff, Marjorie E. Kingsbery, (the "Requests for Admission"), which Requests for Admission have remained unresponded to by Kingsbery for more than thirty (30) days after service thereof and, pursuant to F.R.C.P. 36, are deemed admitted, as a matter of law; (2) the Sworn Declaration of Lori Manville, attached to the

Memorandum in Support of this Motion as Exhibit B thereto; and, (3) Defendants' Statement of Material Facts not Genuinely in Dispute.

                                                Respectfully submitted,

                                                *s/Ralph S. Whalen, Jr.*

                                                _____
                                                RALPH S. WHALEN, JR. (La. Bar #08319)
                                                1100 Poydras Street #2950
                                                New Orleans, LA 70163
                                                Phone: (504) 525-1600
                                                Facsimile: (504) 525-1606
                                                Attorney for defendants, David R. Paddison,
                                                Individually and David Paddison,
                                                Attorney-at-Law, LLC

## **CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I have served a copy of the foregoing pleading on all counsel of record in this matter by email, facsimile, United States Mail and/or the Court's ECF system on this 25th day of August 2021.

                                                _____*/s/ Ralph S. Whalen, Jr.*_____