## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARJORIE E. KINGSBERY** | * | |
| (Plaintiff) | * | **CIVIL ACTION NO. 20-3192 F (5)** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE MARTIN L.C. FELDMAN** |
| **DAVID R. PADDISON, INDIVIDUALLY** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **DAVID PADDISON,** | * | |
| **ATTORNEY-AT-LAW, LLC** | * | |
| (Defendants) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SWORN DECLARATION OF LORI MANVILLE

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

  BEFORE ME, the undersigned Notary Public duly commissioned and qualified in this State and Parish, personally came and appeared

## LORI MANVILLE

who, after being duly sworn, did depose and state the following:

1. I am an accountant in Covington, Louisiana working conjunctively with Lois Rothwell, a certified public accountant with a master's degree in Taxation, together we are responsible for the income tax, payroll tax and accounting work related to David Paddison, Attorney-At-Law, L.L.C., and David R. Paddison, individually.

2. In conjunction with Lois Rothwell, I monitored and as needed made necessary adjustments which included payroll and payroll taxes for the Law Office of David Paddison, Attorney-At-Law, L.L.C. The payroll is reported and paid exclusively by David Paddison, Attorney-At-Law, L.L.C.

**EXHIBIT B**

3. I was responsible for periodically reviewing the accounting in conjunction with Lois Rothwell and routinely examined the payroll account for accuracy and compliance. Salaries were also discussed with the owner, David R. Paddison.

4. Marjorie Kingsbery and her sister, Katherine Chetta, were employees who each tracked hours to show attendance at work.

5. Marjorie Kingsbery was solely responsible for entering the tracked hours then creating the paychecks for her, and her sister, Katherine Chetta. The information entered was used in the quarterly and end of year payroll reporting prepared by this accounting firm, this included W-2's. Per law the W-2's were issued to both Marjorie Kingsbery and Katherine Chetta.

6. The W-2's issued to Marjorie Kingsbery for 2019 was $54,8040.00 and for 2018 was $54,8016.00.

7. There was no vacation or allowance policy in effect for these employees.

8. During the summer of 2021, the Louisiana Workforce conducted an audit for the year 2019. As the business' accountant, I was the contact to provide necessary information to the auditor. The outcome to the audit indicated that no additional wages were owed, nor was an employee or contractor misidentified. There was only one irregularity related to the misreporting of wages to which the error was corrected with no tax due. This was the only audit of David Paddison, Attorney-at-Law, LLC, since its inception.

9. At no time during my many meetings with Marjorie Kingsbery was there ever a demand for overtime pay through March 23, 2020. I worked with and spoke to

Mrs. Kingsbery throughout each year and regularly reviewed accounts to ensure compliance with law as well as accuracy in reporting.

10. Marjorie Kingsbery was solely responsible for the input of the hours related to the payroll, solely responsible for the creation of the payroll checks, and responsible for the payment of payroll taxes which were promptly funded and paid in conjunction with her instruction.

11. Quarterly, I reviewed payroll data to be certain that they were no irregularities and all taxes were paid correctly before submitting any payroll reports.

12. At no time either prior to or after her departure, did Marjorie Kingsbery contact me regarding any alleged overtime or vacation pay, or wages owed any employee and at all times she had direct access to me and the accounting firm through email and telephone. There were no such wages or benefits owed to my knowledge.

13. I declare under penalty under perjury that the foregone is true and complete to the best of my knowledge and belief.

_____
LORI MANVILLE

SWORN TO AND SUBSCRIBED BEFROE ME,
THIS __10__ DAY OF AUGUST, 2021.

_____
NOTARY PUBLIC
Print Name/No: Zachary D. Rhodes, #38083