UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARJORIE E. KINGSBERY** | * | |
| (Plaintiff) | * | **CIVIL ACTION NO. 20-3192 F (5)** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **DAVID R. PADDISON, INDIVIDUALLY** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **DAVID PADDISON,** | * | |
| **ATTORNEY-AT-LAW, LLC** | * | |
| (Defendants) | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

Pursuant to Local Civil Rule 7.2, the defendants, David R. Paddison, individually and David Paddison, Attorney-At-Law, L.L.C., gives notice that its Motion for Summary Judgment will be submitted for consideration by the Honorably Martin Feldman for the Eastern District of Louisiana on the __13th__ day of __October__, 2021.

Respectfully submitted,

*s/Ralph S. Whalen, Jr.*

_____
RALPH S. WHALEN, JR. (La. Bar #08319)
1100 Poydras Street #2950
New Orleans, LA 70163
Phone: (504) 525-1600
Facsimile: (504) 525-1606
Attorney for defendants, David R. Paddison,
Individually and David Paddison,
Attorney-at-Law, LLC

1

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I have served a copy of the foregoing pleading on all counsel of record in this matter by email, facsimile, United States Mail and/or the Court's ECF system on this 25th day of August 2021.

                     */s/ Ralph S. Whalen, Jr.*